

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2016

No. 04-16-00719-CV

**IN RE** Muriel **GILFORD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

On November 1, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 17, 2016.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-PA-02672, styled *In the Interest of M.I.G., a Child*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.